Rory Colin Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-3730
E: rory@pricelawgroup.com

Attorneys for Plaintiff,
Annie M. Holt

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE M. HOLT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MEDICREDIT, INC., and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | **Case No.**<br>**1:14-cv-00618-BAM**<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, ANNIE M. HOLT, by and though her attorney, informs this Honorable Court that Plaintiff has settled her case with Defendants, MEDICREDIT, INC.; and DOES 1 to 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized in 40 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

///

///

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | Dated: December 3, 2014 | Respectfully submitted,<br>PRICE LAW GROUP, APC |
| 3 | | */s/ Rory C. Leisinger* |
| 4 | | Rory C. Leisinger (SBN 277476)<br>Attorney for Plaintiff, |
| 5 | | Annie M. HOLT |