Rory Colin Leisinger (SBN 277476)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030
F: (818) 205-2730
E: rory@pricelawgroup.com

Attorneys for Plaintiff,
Annie M. Holt

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ANNIE M. HOLT,<br><br>          Plaintiffs,<br>     vs.<br><br>MEDICREDIT, INC.; and DOES 1 to 10, inclusive,<br><br>          Defendants. | Case No.: 1:14-cv-00618-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff, ANNIE M. HOLT, by counsel, and Defendant, MEDICREDIT, INC., by counsel, hereby stipulate and agree that Plaintiff's action against MEDICREDIT, INC.; and DOES 1 to 10, inclusive, should be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

///

///

RESPECTFULLY SUBMITTED,

Date: January 14, 2015              By: */s/ Rory Colin Leisinger*
                                    Rory Colin Leisinger (SBN 277476)
                                    **PRICE LAW GROUP, APC**
                                    15760 Ventura Boulevard
                                    Suite 1100
                                    Encino, CA 91436
                                    T: (818) 907-2030
                                    F: (818) 205-2730
                                    E: rory@pricelawgroup.com
                                    *Counsel for Plaintiff,*
                                    *Annie M. Holt*

Date: January 14, 2015              By: */s/ Amber Henry*
                                    Amber Dianne Henry
                                    **LATHROP & GAGE, LLP**
                                    1888 Century Park East
                                    Suite 1000
                                    Los Angeles, CA 90067
                                    T: 310-789-4600
                                    F: 310-789-4601
                                    E: ahenry@lathropgage.com
                                    *Counsel for Defendant,*
                                    *Medicredit, Inc.*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANNIE M. HOLT,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MEDICREDIT, INC.; and DOES 1 to 10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00618-BAM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, ANNIE M. HOLT, against Defendants MEDICREDIT, INC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice.  Plaintiff, ANNIE M. HOLT, and Defendant MEDICREDIT, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED:_____        _____
　　　　　　　　　　　　　　　　　　Hon. Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　District Court Judge
　　　　　　　　　　　　　　　　　　Eastern District of California