# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE M. HOLT,<br><br>    Plaintiffs,<br>  vs.<br><br>MEDICREDIT, INC.; and DOES 1 to 10, inclusive,<br><br>    Defendants. | Case No.: 1:14-cv-00618-BAM<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, ANNIE M. HOLT, against Defendants MEDICREDIT, INC.; and DOES 1 to 10, inclusive, are dismissed, with prejudice.  Plaintiff, ANNIE M. HOLT, and Defendant MEDICREDIT, INC. shall each bear their own costs and attorneys' fees.  The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:  **January 14, 2015**            /s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE